In re Louisiana Department of Transportation & Development; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Avoyelles, 12th Judicial District Court Div. A, Nos. 2010-4704 C/W 2010-4884 C/W 2010-4911 C/W 2010-5242 C/W 2010-5243 C/W 2010-5244 C/W 2010-5477, 2010-5478 C/W 2010-5588 C/W 2010-5913 C/W 2011-6161 C/W 2011-6227 C/W 2011-6478 C/W 2011-6585, 2011-7064 C/W 2011-7316 C/W 2011-7407 C/W 2011-7434 C/W 2012-7534 C/W 2012-7773; to the Court of Appeal, Third Circuit, No. CW 13-01008.
Denied.
KNOLL, J., recused.